# EXHIBIT A

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

SIG M. CHESTER,
                Plaintiff(s),

vs.

PCE PACIFIC, INC.,
                Defendant(s).

CASE NO. 3AN- 11-10912 CI

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: PCE PACIFIC, INC.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Kenneth W. Legacki, Esq., whose address is: 425 G Street, Suite 920, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge MORSE and Master _____.

[ ] This case has been assigned to District Court Judge _____.

Date: 9-16-11

CLERK OF COURT
By: _____ Deputy Clerk

I certify that on 9-16-11 a copy of this Summons was [ ] mailed [X] given to
[ ] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)                              Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

ENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

COPY
Original Received

SEP 16 2011

Clerk of the Trial Courts

SIG M. CHESTER,

    Plaintiff,

vs.

PCE PACIFIC, INC.,

    Defendant.

Case No. 3AN-11-10912 Civil

## COMPLAINT

Plaintiff SIG M. CHESTER, by and through his attorney, Kenneth W. Legacki, alleges and complains against Defendant PCE PACIFIC, INC., as follows:

I

This is an action to recover unpaid overtime compensation under the Alaska Wage and Hour Act, AS 23.10.110, AS 23.10.060, and AS 23.05.140.

II

Venue lies within this judicial district since Defendant PCE Pacific, Inc., maintains facilities within this judicial district.

III

At all times relevant and material herein, Plaintiff Chester was an employee of Defendant PCE Pacific, Inc.

## CLAIM FOR RELIEF

### IV

Plaintiff Chester has worked in excess of eight (8) hours a day and forty (40) hours per workweek without receipt of overtime compensation.

### V

As a result of the foregoing unlawful conduct on the part of Defendant PCE Pacific, Inc., Plaintiff Chester has suffered and continues to suffer damages in an amount not presently ascertainable, the exact amount to be proven at trial. Plaintiff Chester further seeks liquidated damages in an amount equal to the amount of compensation owed for overtime wages as a result of Defendant PCE Pacific, Inc's willful failure and refusal to pay overtime wages.

WHEREFORE, Plaintiff SIG M. CHESTER prays that the Court:

1. Enter judgment for Plaintiff Chester and against Defendant PCE Pacific, Inc., on the basis of Defendant's violations of the Alaska Wage and Hour Act, AS 23.10.110, AS 23.10.060, and AS 23.05.140;

2. Award Plaintiff Chester damages in the amount shown to be owed for unpaid overtime compensation, with interest;

3. Award Plaintiff Chester an equal amount in liquidated damages;

4. Award Plaintiff Chester his attorneys fees and costs incurred in

COMPLAINT
Chester vs. PCE Pacific, Inc.
Page 2 of 3

ENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

pursuit of this action;

5. Grant Plaintiff Chester damages pursuant to AS 23.05.140(d); and

6. Grant Plaintiff Chester such other and further relief as the Court deems equitable and just.

DATED at Anchorage, Alaska, this 16th day of September, 2011.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff
Sig M. Chester

By _____
Kenneth W. Legacki
Alaska Bar No. 8310132

COMPLAINT
Chester vs. PCE Pacific, Inc.
Page 3 of 3

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

KENNETH W. LEGACKI, P.C.
ATTORNEY AT LAW
425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

CERTIFIED MAIL
7004 0750 0003 2884 3177

U.S. POSTAGE PAID
ANCHORAGE, AK 99501
OCT 03 '11
AMOUNT
$10.09
00095130-02

RETURN RECEIPT REQUESTED
RESTRICTED DELIVERY

RETURN RECEIPT REQUESTED
RESTRICTED DELIVERY

CT CORPORATION
REGISTERED AGENT FOR PCE PACIFIC, INC.
9360 GLACIER HIGHWAY, SUITE 202
JUNEAU, AK 99801



# CT Corporation

**Service of Process Transmittal**
10/05/2011
CT Log Number 519261697

**TO:** Gary Marvin, Director of Finance
PCE Pacific, Inc.
2525 223rd St. SE
Bothell, WA 98021

**RE:** **Process Served in Alaska**

**FOR:** PCE Pacific, Inc. (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Sig M. Chester, Pltf. vs. PCE Pacific, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons and Notice, Complaint |
| **COURT/AGENCY:** | Anchorage County Superior Court, AK<br>Case # 3AN1110912CI |
| **NATURE OF ACTION:** | Employee Litigation - Failure to compensate plaintiff for overtime worked |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Juneau, AK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/05/2011 postmarked on 10/03/2011 |
| **JURISDICTION SERVED:** | Alaska |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | Kenneth W. Legacki<br>Kenneth W. Legacki, P.C.<br>425 "G" Street<br>Suite 920<br>Anchorage, AK 99501<br>907-258-2423 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day<br>Email Notification, Gary Marvin Gary.Marvin@pcepacific.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 9360 Glacier Highway<br>Suite 202<br>Juneau, AK 99801 |
| **TELEPHONE:** | 800-592-9023 |

Page 1 of 1 / JP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.