IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SIG M. CHESTER,<br><br>       Plaintiff,<br> v.<br><br>PCE PACIFIC, INC. and LON M. CARLSON,<br><br>       Defendant. | Case No. 3:11-cv-00218-SLG |

## ORDER

In light of the parties' sealed filing at Docket 98, this case is dismissed with prejudice, with each party to bear its own fees and costs.

DATED at Anchorage, Alaska this 9th day of April, 2013.

                */s/ Sharon L. Gleason*
                United States District Judge